# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DOUG WILDER,**

                **Plaintiff,**

**-vs-**                                             **Case No. 6:03-cv-206-Orl-22KRS**

**MARTIN PETROLEUM CORP. OF FLORIDA,**

                **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **RENEWED MOTION TO QUASH OR MODIFY SUBPOENA (Doc. No. 97)**
>
> **FILED:**      **June 28, 2005**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

The hearing with respect to which the subpoena was issued has concluded. Therefore, the subpoena is quashed, and the movant need not comply with it.

**DONE** and **ORDERED** in Orlando, Florida on June 29, 2005.

                                                 *Karla R. Spaulding*
                                                KARLA R. SPAULDING
                                     UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel for the Movant
Counsel of Record
Unrepresented Parties